WHY HAVE MY REQUEST for my RECORD BE IGNORED?

Paige Bonner 1278531
2101 FM 369 N.th
Iowa Park TX
76367-6518

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 05 2015
Abel Acosta, Clerk